# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**KEVIN D. YAGER,**

       Plaintiff

vs.                               **CASE NUMBER: 5:11-CV-0527 NPM**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**

       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's motion for judgment on the pleadings is GRANTED.

All of the above pursuant to the order of the Honorable Judge NEAL P. McCURN, dated the 30th day of August, 2012.

DATED: September 5, 2012

*[signature]*
Clerk of Court

s/
Christine Mergenthaler
Deputy Clerk

entered 9/5/12
cm